**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **Torus Ventures LLC,** | Case No. 2:26-cv-00114-JRG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **McCraw Oil Company, Inc.,** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 8, 2026

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Torus Ventures LLC**

/s/ Patrick J. Schurr
Keith C. Rawlins
State Bar No. 24060467
Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounsel.com
SCHEEF & STONE, LLP
500 N. Akard Street
Suite 2700
Dallas, TX 75201
Tel.: (214) 706-4200
keith.rawlins@solidcounsel.com

Michael C. Smith
SCHEEF & STONE, LLP
State Bar No. 18650410
113 E. Austin St.
Marshall, TX 75670
Tel.: (903) 938-8900
Michael.Smith@solidcounsel.com

**Counsel for Defendant**
**McCraw Oil Company, Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on May 8, 2026 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff