**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TORUS VENTURES LLC, | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 2:26-cv-00114-JRG |
| MCCRAW OIL COMPANY, INC., | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") jointly filed by Plaintiff Torus Ventures LLC ("Plaintiff") and Defendant McCraw Oil Company, Inc. ("Defendant") (collectively, the "Parties"). (Dkt. No. 9). In the Stipulation, the Parties jointly move to dismiss all claims in this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case between the Parties not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 11th day of May, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE